United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY CONRAD SMITH,

    Petitioner,

    v.

DARRAL ADAMS,

    Respondent.
_____/

No. C 09-3764 PJH

**ORDER DENYING MOTIONS**

On February 19, 2010, petitioner, who was proceeding pro se, filed a pro se motion for an order to show cause, discovery, evidentiary hearing, appointment of counsel, and for an extension of time to file his amended petition, due March 5, 2010, pursuant to this court's February 3, 2010 order dismissing his petition with leave to amend. On March 22, 2010, petitioner, who is now represented by counsel, filed another motion for an extension of time to file his amended petition.

Given the fact that petitioner has now retained private counsel, his motion for appointment of counsel is DENIED as moot. Additionally, petitioner's motion for an order to show cause is DENIED. The court will determine whether an order to show cause is appropriate after it has reviewed petitioner's amended petition once it is filed. Petitioner's motions for discovery and/or for an evidentiary hearing are DENIED without prejudice to his counsel's renewing the motions in conjunction with the claims raised by his amended petition.

Dated: March 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge