UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY CONRAD SMITH,

    Petitioner,

    v.

DARRAL ADAMS,

    Respondent.
_____/

No. No. C 09-3764 PJH

**ORDER REOPENING CASE; REQUIRING PETITIONER TO SUPPLEMENT RECORD**

On August 17, 2009, petitioner Tracy Smith ("Smith") filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 3, 2010, the court dismissed Smith's petition with leave to amend, noting that it contained 106 claims, many of which did not appear cognizable and most of which were incomprehensible. In March 2010, Smith retained counsel, after which the court subsequently afforded Smith, now represented by counsel, several extensions of time to file his amended petition. On June 21, 2010, Smith filed his amended petition, which raises three claims, including that he:

(1) was deprived of his Sixth and Fourteenth Amendment rights to a jury determination regarding whether there was sufficient evidence to find him guilty of robbery;

(2) was deprived of his right to due process and to present his case when the trial court refused to instruct on his lesser-included offenses to robbery; and

(3) was denied his right to the effective assistance of counsel when counsel failed to

1  file a *Pitchess* and a *Romero* motion.

2  Smith asserted that he exhausted the first two claims on direct appeal in state court, but conceded that the third claim is unexhausted. On June 22, 2010, Smith filed a habeas petition with the California Court of Appeal in an effort to exhaust the third claim. On July 20, 2010, this court stayed these habeas proceedings to allow Smith to exhaust his claim in state court.

On April 21, 2011, Smith notified the court that the California Supreme Court denied his petition for review on March 30, 2011. However, Smith did not provide the court with a copy of either the California Court of Appeal's order regarding his June 22, 2010 habeas petition or the California Supreme Court's order. Nor did he provide the court with a copy of the habeas petition he filed in the California appellate courts concerning claim three. Because those orders and the petition are required in conjunction with this court's federal habeas review, Smith is ORDERED to submit to this court **no later than seven days from the date of this order:** (1) his habeas petitions as submitted to the California appellate courts; (2) the California Court of Appeal's order denying habeas relief; and (3) the California Supreme Court's order denying review.

Following its receipt and review of the state court materials, this court will issue a further briefing order in the case.

**IT IS SO ORDERED.**

Dated: May 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge